DECEMBER 23, 1957

**No. 61429.**—Suits 4899/4900.—United States v. American Bitumuls & Asphalt Co. et al. and American Bitumuls & Asphalt Co. et al. v. United States,

respectively.—

C. D.

1799 reversed June 25, 1957.   C. A. D. 661.